UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELINGTON DANILO CERVANTES BARAHONA,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

26-CV-07910 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Respondents' letter at Dkt. No. 5. The parties should be prepared to address at or prior to the conference on September 15, 2026 whether they would consent to a bond hearing in the form ordered by the Court in *Simms v. Arteta*, 2026 WL 2076009, at *4 (S.D.N.Y. July 17, 2026) as the appropriate relief in this case. The relief granted in *Simms* provided as follows:

> The Petition is conditionally GRANTED. Petitioner is hereby ordered released unless within seven days—that is, by July 24, 2026—the Government holds a bond hearing before an immigration judge at which the Government bears the burden of establishing by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk. In considering dangerousness and/or risk of flight and in setting any bond amount, the immigration judge must meaningfully consider alternatives to detention and Petitioner's ability to pay a bond. Petitioner shall also be entitled to issue subpoenas prior to the hearing and to confront and cross-examine adverse witnesses at the hearing.
>
> To avoid the relief in this Order becoming illusory, the Government is enjoined from exercising an automatic stay should the immigration judge determine that release on bond is appropriate. The Government is further enjoined from invoking 8 U.S.C. § 1225 as a basis for Petitioner's detention before the immigration judge or as grounds for an appeal to the Board of Immigration Appeals.
>
> The Court retains jurisdiction over this matter to ensure compliance with its Order and, should it determine that its Order has not been complied with, also retains jurisdiction to grant Petitioner the full relief he has sought (i.e., release). The Government shall inform the Court of the result of the bond hearing and, unless

> Petitioner is ordered released at such hearing, shall provide to the Court a transcript of the hearing within two days of it taking place.

*Simms*, 2026 WL 2076009, at *4. The parties may inform the Court of their position by letter filed on the docket or during the conference.

SO ORDERED.

Dated: September 14, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge