UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELINGTON DANILO CERVANTES BARAHONA,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

26-CV-07910 (LJL)

MEMORANDUM AND ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner is a native and citizen of Ecuador who entered the United States in November 2023. Dkt. No. 1 ¶¶ 11, 17. He appeared for a scheduled ICE check-in on September 10, 2026 where he was suddenly arrested by ICE officers. *Id.* ¶¶ 18–19. He filed the instant petition for writ of habeas corpus (the "Petition") on September 11, 2026. Dkt. No. 1. Neither party objects to the following relief.

The Petition is conditionally GRANTED. Petitioner is hereby ordered released unless within seven days—that is, by September 22, 2026—the Government holds a bond hearing before an immigration judge at which the Government bears the burden of establishing by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk. The Government shall not hold the hearing on September 21, 2026 due to the Yom Kippur holiday. In considering dangerousness and/or risk of flight and in setting any bond amount, the immigration judge must meaningfully consider alternatives to detention and Petitioner's ability to pay a bond. Petitioner shall also be entitled to issue subpoenas prior to the hearing and to confront and cross-examine adverse witnesses at the hearing.

To avoid the relief in this Order becoming illusory, the Government is enjoined from exercising an automatic stay should the immigration judge determine that release on bond is

appropriate. The Government is further enjoined from invoking 8 U.S.C. § 1225 as a basis for Petitioner's detention before the immigration judge or as grounds for an appeal to the Board of Immigration Appeals.

The Court retains jurisdiction over this matter to ensure compliance with its Order and, should it determine that its Order has not been complied with, also retains jurisdiction to grant Petitioner the full relief he has sought (i.e., release). The Government shall inform the Court of the result of the bond hearing and, unless Petitioner is ordered released at such hearing, shall provide to the Court a transcript of the hearing within seven calendar days of it taking place.

SO ORDERED.

Dated: September 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge